IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL SALAMUNOVICH,

                Plaintiff(s),

v.

CIVIL AIR PATROL, et al.,

                Defendant(s).

Civil No. 03:22-v-00747-JR

**ORDER OF DISMISSAL**

Based on the parties' Stipulation to Dismiss [13],

IT IS ORDERED that this action as to all defendants is DISMISSED with prejudice and without an award of attorney fees, costs or disbursements.  Pending motions, if any, are DENIED AS MOOT.

Dated this 15th day of July, 2022.

                                                by  /s/ Jolie A. Russo
                                                     Jolie A. Russo
                                                     United States Magistrate Judge